

FILED

05/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0150



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0150

**FILED**

MAY 04 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

    Plaintiff and Appellee,

  v.

**GRANT OF EXTENSION**

JENNIFER GRUCE,

    Respondent and Appellant.

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until June 3, 2020, to prepare, file, and serve the Appellant's brief.

DATED this May 4, 2020

Bowen Greenwood
Clerk of the Supreme Court

c:    Carl B. Jensen, Timothy Charles Fox, Terryl T. Matt